UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA ZAZENSKI, | Case No. C-12-2344-RMW |
| Plaintiff, | |
| v. | **RESPONSE TO LETTER** |
| JILLIAN DANNER AND THE SOCIAL VISTA, LLC., | [Re Docket No. 40] |
| Defendants. | |

The magistrate's order, which this court accepted, found for Zazenski on both her fraud and breach of contract claims. However, the court awarded contract damages as they were better supported.

Dated: November 15, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

RESPONSE
Case No. C-12-2344-RMW
SW
- 1 -